**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

JEFFREY JOHN PARISH – #047046

No. C 12-80287 WHA

**ORDER OF SUSPENSION**

_____/

      Because Jeffrey John Parish has failed to respond to the order to show cause, Mr. Parish's membership in the bar of this Court is hereby **SUSPENDED**.

      **IT IS SO ORDERED.**

Dated:   February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE